F I L E   C O P Y

\* \* LABEL LIST \* \*

_____

Case Number:1:98-cr-00591

Loretta A. Sheehan, Esq.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI  96850

Beverly W. Sameshima, Esq.
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd Ste 6100
Honolulu, HI  96850

Milton C. Grimes, Esq.
2382 Southeast Bristol Ste B
Newport Beach, CA  92660-0756

* * LABEL LIST * *

Case Number:1:04-cv-00488

Steven Bernard Brooks
Taft Correctional Institution #86905-022
P.O. Box 7001
Taft, CA  93268

mailed on 1/4/05