AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

──────────────── DISTRICT OF HAWAII ────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00488 SOM-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STEVEN BERNARD BROOKS | January 4, 2005 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>WALTER A.Y.H. CHINN, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant's petition is hereby denied pursuant to the "Order Denying Petition to Vacate and Set Aside a Judgment of Conviction Under 28 USC 2255; Order Denying Motion for Leave to Conduct Discovery and for Appointment of Counsel" filed on December 22, 2004.

cc: all parties

| | |
|---|---|
| January 4, 2005 | WALTER A.Y.H. CHINN |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |