AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN BERNARD BROOKS | JUDGMENT IN A CIVIL CASE |
| Petitioner(s), | Case: CV 04-00488 SOM-LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| UNITED STATES OF AMERICA | July 30, 2007 |
| Respondent(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Government pursuant to the "Order Denying § 2255 Petition Based on Brooks's Claim that His Attorney was Ineffective in Failing to Advise Brooks to Accept Alleged Plea Offers; Order Denying as Moot Brooks's Motion Seeking Clarification as to Whether this Court will hold an Evidentiary Hearing; Order Denying Certificate of Appealability", filed on July 30, 2007. It is further ordered that the Clerk of Court shall close this case.

cc: counsel
    Steven Bernard Brooks

| July 30, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |