# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 30, 2007

TO ALL PARTIES

Re:   CV 04-00488 SOM-LEK
      STEVEN BERNARD BROOKS vs. UNITED STATES OF AMERICA

Dear Parties,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on July 30, 2007.

Sincerely Yours,

SUE BEITIA, CLERK

by: *[signature]*
Deputy Clerk

cc: all counsel
    Steven Bernard Brooks